**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   PAUL HENDERSON

§
§               Case No.: 08-25469
§
§
§
Debtor(s)          §

_____

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1)      The case was filed on 09/24/2008.

2)      The case was confirmed on         .

3)      The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)      The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)      The case was converted on 12/31/2008.

6)      Number of months from filing to the last payment:  1

7)      Number of months case was pending:  7

8)      Total value of assets abandoned by court order:  NA

9)      Total value of assets exempted: $     1,445.00

10)     Amount of unsecured claims discharged without payment $      .00

11)     All checks distributed by the trustee to this case may not have  cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 1,228.55 |
| Less amount refunded to debtor | $ | 378.55 |
| **NET RECEIPTS** | $ | 850.00 |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | .00 |
| Court Costs | $ | .00 |
| Trustee  Expenses and Compensation | $ | 61.20 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 61.20 |
| Attorney fees paid and disclosed by debtor | $ | 2,780.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAG | UNSECURED | 1,600.00 | 1,563.91 | 1,563.91 | .00 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 19,350.00 | 24,201.11 | 24,201.11 | 788.80 | .00 |
| T MOBILE | UNSECURED | 500.00 | 264.00 | 264.00 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | NA | 650.00 | 650.00 | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 2,200.00 | 2,128.70 | 2,128.70 | .00 | .00 |
| NORTHSIDE L FED CRED | UNSECURED | 3,300.00 | 2,737.28 | 2,737.28 | .00 | .00 |
| VILLAGE OF LANSING | UNSECURED | 500.00 | 500.00 | 500.00 | .00 | .00 |
| MERRICK BANK | UNSECURED | 1,500.00 | 1,338.13 | 1,338.13 | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | NA | 672.87 | 672.87 | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | NA | 388.44 | 388.44 | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | NA | 395.07 | 395.07 | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | NA | 234.08 | 234.08 | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | 5,262.00 | NA | 409.89 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 3,400.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,000.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,000.00 | NA | NA | .00 | .00 |
| ASPIRE | OTHER | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| CARDIOLOGY ASS OF NW | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 2,300.00 | NA | NA | .00 | .00 |
| COLUMBUS BANK & TRUS | UNSECURED | 1,700.00 | NA | NA | .00 | .00 |
| DELL FINANCIAL SVC | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EMERGENCY MEDICINE S | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| EMERGENCY MEDICINE S | OTHER | NA | NA | NA | .00 | .00 |
| EMPOWERMENT GROUP IN | UNSECURED | 4,600.00 | NA | NA | .00 | .00 |
| JOEL CARDIS ESQ | OTHER | NA | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | OTHER | NA | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | OTHER | NA | NA | NA | .00 | .00 |
| GE CAPITAL | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| GE CAPITAL | OTHER | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 2,400.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 2,800.00 | NA | NA | .00 | .00 |
| LASALLE BANK | UNSECURED | 550.00 | NA | NA | .00 | .00 |
| MIDWEST EYE CENTER | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| MIDWEST EYE CARE | OTHER | NA | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 800.00 | 725.34 | 725.34 | .00 | .00 |
| NEXTEL COMMUNICATION | OTHER | NA | NA | NA | .00 | .00 |
| HSBC ORCHARD BANK | UNSECURED | 750.00 | NA | NA | .00 | .00 |
| ORCHARD BANK/HOUSEHO | OTHER | NA | NA | NA | .00 | .00 |
| SAMS CLUB | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| SAMS CLUB GEMB | OTHER | NA | NA | NA | .00 | .00 |
| ST MARGERET MERCY HO | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| ST MARGARET MERCY HE | OTHER | NA | NA | NA | .00 | .00 |
| T MOBILE | OTHER | NA | NA | NA | .00 | .00 |
| TRINITY HOSPITAL | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| TRINITY HOSPITAL | OTHER | NA | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY | UNSECURED | 400.00 | 263.77 | 263.77 | .00 | .00 |
| US CELLULAR | OTHER | NA | NA | NA | .00 | .00 |
| RMI/MCSI | OTHER | NA | NA | NA | .00 | .00 |
| NICOR GAS COMP | UNSECURED | NA | 58.77 | 58.77 | .00 | .00 |
| MARY FERNANDO | OTHER | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 24,201.11 | 788.80 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 24,201.11 | 788.80 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 12,330.25 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 61.20 |
| Disbursements to Creditors | $ | 788.80 |
| | | |
| **TOTAL DISBURSEMENTS:** | $ | 850.00 |

12)    The trustee certifies that the foregoing summary is true  and complete and all administrative matters for which the trustee is responsible have been completed.  The trustee requests that the trustee be discharged and granted such relief as may be just and proper.


Dated:    04/21/2009          /s/ Tom Vaughn
                              Tom Vaughn, Chapter 13 Trustee


**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(4/1/2009)**